1  STEPHEN L. COLLIER, SB#124887
   TENDERLOIN HOUSING CLINIC, INC.
2  126 Hyde Street, 2nd Floor
   San Francisco, CA 94102
3  Telephone: (415) 771-9850
   Facsimile: (415) 771-1287
4
   Attorney for Plaintiff
5  DANIEL YELEN

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8
   DANIEL YELEN,
9                                              No. C 08-02699 WDB

10         Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
11     v.

12 TROPHY PROPERTIES, B10 DE, LLC, et al.,

13         Defendant(s).
                                          /
14

15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: June 30, 2008                        _____
                                               Signature    Stephen L. Collier
22
                                               Counsel for  Plaintiff
23                                             (Plaintiff, Defendant or indicate "pro se")

# AFFIDAVIT OF SERVICE

I declare that: I am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and am not a party to the action entitled below. My business address is 126 Hyde Street, 2nd Floor, San Francisco, California, 94102.

On June 30, 2008, I served the attached document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Case No. C 08-02699 WDB

☒ **BY MAIL**   By causing a true copy thereof to be placed in an envelope addressed to the Addressee designated below at his/her/its business address, and by having said envelope sealed and deposited with postage thereon fully prepaid in the United States Postal Service to the place so addressed.

☐ **BY FAX**   By causing a true copy of said document(s) to be sent via facsimile to the phone numbers listed below.

☐ **BY PERSONAL SERVICE:**   By causing a true copy of said document to be personally delivered to the Addressee designated below at her business/residence address.

ADDRESSEE(S):

Edward Singer, Esq.
The Lembi Group Legal Department
2099 Market Street
San Francisco, CA  94114

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 30, 2008         _____
                                                    Steven Shubert

AFFIDAVIT OF SERVICE