**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN | NO. CV 08-02699 WDB |
|     Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY RE: DOCKET NO. 5.** |
| TROPHY PROPERTIES B10 DE | |
|     Defendant._____/ | |

Please be advised that on June 30, 2008, the incorrect docket event was used by counsel for Plaintiff re: Motion for Remand, docket #5. The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: July 1, 2008

*Cynthia J. Lenahan*

Cynthia Lenahan
510-637-3538
Case Systems Administrator