UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniel Yelen

Plaintiff(s),

v.

Trophy Properties 810 DE, LLC, et al.

Defendant(s).

No. CV 08 2699

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 5, 2008

Signature: _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")