UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELEN, | No. C 08-2699 WDB |
| Plaintiff, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| TROPHY PROPERTIES, et al. | |
| Defendants | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for September 8, 2008, at 4:00 p.m. is vacated. The hearing on September 17, 2008, for Plaintiff's Motion to Remand also is vacated.

Dated: August 6, 2008     Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd