**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**August 7, 2008**

CASE NUMBER:  CV 08-02699 WDB
CASE TITLE:  DANIEL YELEN-v-TROPHY PROPERTIES B10 DE

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: August 7, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                  Entered in Computer 08/07/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA