IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN, | No. C 08-02699 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| TROPHY PROPERTIES B10 DE, LLC, et al., | |
| Defendants. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, September 12, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 11, 2008              FOR THE COURT,

                                    Richard W. Wieking, Clerk

                                    By: _____
                                        Barbara Espinoza
                                        Courtroom Deputy