```
STEPHEN L. COLLIER, SB#124887
TENDERLOIN HOUSING CLINIC, INC.
126 Hyde Street, 2nd Floor
San Francisco, CA  94102
Telephone:    (415) 771-9850
Facsimile:    (415) 771-1287

Attorney for Plaintiff
DANIEL YELEN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN,<br><br>  Plaintiff,<br><br>vs.<br><br>TROPHY PROPERTIES B10 DE, LLC, a California Limited Liability Company, CITIAPARTMENTS, INC., a California Corporation, CITIFUNDING GROUP, INC, a California Corporation, and DOES 1 through 30, inclusive.<br><br>  Defendants. | Case No. C 08-02699 CRB<br><br>**NOTICE OF CONTINUED HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL**<br>**[Local Rule 7.7(a)]**<br><br>Date: September 19, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>   450 Golden Gate Avenue<br>   San Francisco, Ca |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Daniel Yelen's Motion to Remand Case to State Court After Removal, originally noticed for hearing on September 17, 2008 before Magistrate Judge Wayne Brazil, is being continued to September 19, 2008, at 10:00 a.m. before District

///

1  Court Judge Charles Breyer, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San
2  Francisco, California.
3
4  Date: August 11, 2008                              /s/
                                             Stephen L. Collier
5                                            Attorney for Plaintiff

**NOTICE OF CONTINUED HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL**                                                                                                         2

Case 3:08-cv-02699-CRB    Document 12    Filed 08/11/2008    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, a copy of the foregoing:

**NOTICE OF CONTINUED HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL**

was served electronically on defendants Trophy Properties B10 DE, LLC, CitiApartments, Inc., CitiFunding Group, Inc., by serving their attorney, Edward Singer, at the e-mail address submitted to the Court.

/s/
Mercy M. Gonzales