IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN,<br><br>      Plaintiff,<br><br>  v.<br><br>TROPHY PROPERTIES B10 DE, LLC ET AL,<br><br>      Defendant._____/ | No. C 08-02699 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, September 19, 2008 at 10:00 a.m. with the plaintiff's motion to remand before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 13, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Barbara Espinoza
   Courtroom Deputy