1 STEPHEN L. COLLIER, SB#124887
  TENDERLOIN HOUSING CLINIC, INC.
2 126 Hyde Street, 2nd Floor
  San Francisco, CA  94102
3 Telephone:     (415) 771-9850
  Facsimile:     (415) 771-1287

Attorney for Plaintiff
DANIEL YELEN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN,                          ) | Case No. C 08-02699 CRB |
|                                        ) | |
|              Plaintiff,                ) | **PLAINTIFF'S CERTIFICATION OF** |
|                                        ) | **INTERESTED ENTITIES OR** |
|       vs.                              ) | **PERSONS** |
|                                        ) | |
| TROPHY PROPERTIES B10 DE,              ) | |
| LLC, a California Limited Liability    ) | |
| Company, CITIAPARTMENTS, INC.,         ) | |
| a California Corporation,              ) | |
| CITIFUNDING GROUP, INC, a              ) | |
| California Corporation, and DOES 1     ) | |
| through 30, inclusive.                 ) | |
|                                        ) | |
|              Defendants.               ) | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interests to report.

Dated:  August 20, 2008                         /s/
                                                Stephen L. Collier
                                                Attorney of Record for Plaintiff
                                                Daniel Yelen

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2008, a copy of the foregoing:

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

was served electronically on defendants Trophy Properties B10 DE, LLC, CitiApartments, Inc., CitiFunding Group, Inc., by serving their attorney, Edward Singer, at the e-mail address submitted to the Court.

/s/
Mercy M. Gonzales