IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN,<br><br>    Plaintiff,<br><br>  v.<br><br>TROPHY PROPERTIES B10 DE, LLC, et al.,<br><br>    Defendants.<br>_____ / | No. C 08-02699 CRB<br><br>**ORDER OF ATTORNEY FEES** |

By Order filed September 9, 2008, the Court granted plaintiff's motion to remand and ordered defendants to pay plaintiff's reasonable attorney fees incurred "as a result of the removal." 28 U.S.C. § 1447(c). Now pending before the Court is plaintiff's counsel's declaration setting forth the fees incurred. After carefully considering the declaration, the Court orders defendants to pay plaintiff $7,000.00 in fees and costs. The Court has reduced the amount requested by plaintiff to reflect that some of the work done in connection with the initial disclosures will be used in the state court proceedings.

**IT IS SO ORDERED.**

Dated: Sep. 25, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2699\orderreattorneyfees.wpd