IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL YELEN,<br><br>    Plaintiff,<br><br>  v.<br><br> TROPHY PROPERTIES B10 DE, LLC et al.,<br><br>    Defendants._____/ | No. C 08-02699 CRB<br><br>**ORDER** |

Now pending before the Court is plaintiff's motion for a judgment reflecting the Court's September 25, 2008 Order directing defendants to pay plaintiff $7,000.00 in attorney's fees. Defendants have not responded to the motion; nor have they paid the fees. After carefully considering plaintiff's motion, the Court concludes that oral argument is unnecessary and GRANTS the motion for judgment. Judgment will be entered in favor of plaintiff and against defendants in the amount of $7,000.00.

**IT IS SO ORDERED.**

Dated: Dec. 9, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2699\orderrejudgment.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28