IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL YELEN,

        Plaintiff,

  v.

TROPHY PROPERTIES B10 DE, LLC et al.,

        Defendants.
                                /

No. C 08-02699 CRB

**JUDGMENT**

      Judgment is entered in favor of plaintiff Daniel Yelen and against defendants Trophy Properties B10 DE, LLC, Citiapartments, Inc., and Citifunding Group, Inc. in the total amount of $7,000.00.

      **IT IS SO ORDERED.**



Dated: Dec. 9, 2008

                                CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2699\judgment.wpd